# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 10, 2014

## NO. 03-11-00480-CV

**Parkview Nursing and Rehabilitation Center, Appellant**

**v.**

**Texas Department of Aging and Disability Services, Appellee**

## APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on June 24, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.